CIRCUIT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

FILED
JUN 1 0 2005

JUDY BYRD, CLERK
HOUSTON CO., AL

PATRICIA A. MALONE, )
    Plaintiff, )
     )
     )
    V. )    Case No: CV 05-350-L
     )
UNIFIRST INC. )
    ET, AL )
    Defendant, )

## COMPLAINT

COMES NOW the plaintiff in the above styled case and ask this Honorable Court to hear my complaint and or allegations in the above matters. I had worked for Unifirst Corporation in Dothan Alabama for about (9) nine years in the quality assurance section as a presser of pants, shirts, and any garments assigned to me. I have sustained a medical injury on the job or as a result of being on the job. I have been treated for the same injury and I had to finally have an operation as a result of the injury. This operation caused me to be without income to support my household, however the company and the insurance paid for the operation. This happened on or about October 3, 1998, I was soon able to go back to work and to perform somewhat light duty until the injury was aggravated to the point that I started having problems again, in addition to the old injury my left arm, left wrist, and shoulder started paining me with some of the same symptoms. Then that left me with both sides of my body in the same condition. I kept going to the doctor and on or about June 1, 2004 Dr. James Owens told me to stop working because the use of my arms aggravated my condition. I then started going to therapy with the hope that my condition would get better, workers compensation paid for everything. It appeared to me that my employer was getting aggravated with the time I was taking off for medical treatment, I then started having problems from my supervisor and the CEO of the Dothan Unifirst Plant where I worked. I have not received

the proper considerations for me circumstances within the guidelines of the company's regulations, the State of Alabama Laws as well as the U.S. Constitution with respect to "protecting or guaranteeing me Equal protection under the Law". As of two months ago it was brought to my attention that: another employee was injured and allowed to work to take care of a family without any second thoughts. I seek to be redressed and or compensated as the law allows and I ask this Honorable Court to award me a reasonable compensation for the violations I've pointed out to the maximum amount that the law will allow and any other compensation the Court deems necessary. In addition I would like this court to ensure that I have been treated as the law requires EMPLOYERS to treat employees in the State of Alabama.

In closing, I ask this Honorable Court to consider my request and apply the Law as necessary and required within the level of authority in the State of Alabama.

*Patricia Ann Malone*
Patricia Ann Malone
P.O. Box 6753
Dothan, Alabama 36302
334-794-6377

## Certificate Of Service

I, Patricia A. Malone being the age of over 21 do hereby certify that on or about <u>6 /8 /05</u>, I did mail a copy of this document to the Defendent to the following address by mailing the same document at the Dothan U.S. Postal Office To: Unifirst Corporation, 68 Jonspin Road, Wilimington, MA 01887, certified return receipt and all Postal fees were paid by me.

*Patricia A. Malone*
Patricia A. Malone
P.O. Box 6753
Dothan, Alabama 36302