CIRCUIT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

FILED
JUN 1 0 2005
*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL

Patricia A. Malone,        )
    Plaintiff ,        )
                            )
        V.         )    CASE NO: 1:05cv967
                            )
Unifirst Inc.         )
  ET,AL                )
    Defendant,         )

## Motion

    Comes Now the plaintiff and ask this Honorable Court to grant me Indigent status in the above styled case, this has caused me to be without Income for my household and inability to support myself without the support of my family and friends. This case has caused me to have to seek help from the local Sprctra Care Services here in Dothan, Alabama. I humbly ask this Honorably Court to grant me this Indigent status in order that this case may proceed.

*Mrs. Patricia A. Malone*
Mrs. Patricia A. Malone
P.O. Box 6753
Dothan, Al 36302
334-794-6377

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE  **CIRCUIT**  COURT OF  **HOUSTON** , ALABAMA
(Circuit, District, or Municipal) — (Name of County or Municipality)

STYLE OF CASE: **Patricia A. Malone** v. **Unifirst Corporation, ET, AL**
                        Plaintiff(s)                                              Defendant(s)

TYPE OF PROCEEDING: _____   CHARGE(s) (if applicable): _____

[x] **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
[ ] **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
[ ] **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.
[ ] **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

**1. IDENTIFICATION**
Full name **Patricia Ann Malone**    Date of birth **9/22/1963**
Spouse's full name (if married) **na**
Complete home address **1280 Persimmon St. Dothan, Al* P.O. Box6753, Dothan, Al 36302**
Number of people living in household **2**
Home telephone number **334-794-6377**
Occupation/Job **Unemployeed**    Length of employment _____
Driver's license number **5176177**    *Social Security Number **418 08 5568**
Employer **na**    Employer's telephone number **na**
Employer's address **na**

**2. ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
                                **NA    NONE**
[ ] AFDC   [ ] Food Stamps   [ ] SSI   [ ] Medicaid   [ ] Other _____

**3. INCOME/EXPENSE STATEMENT**
Monthly Gross Income:
  Monthly Gross Income                                                                    $ **0**
  Spouse's Monthly Gross Income (unless a marital offense)        **na**
  Other Earnings: Commissions, Bonuses, Interest Income, etc.    **na**
  Contributions from Other People Living in Household                  **600.00**
  Unemployment/Workmen's Compensation,
    Social Security, Retirements, etc.                                              **na**
  Other Income (be specific) _____                                  **na**
            TOTAL MONTHLY GROSS INCOME                                  $ **600.00**

Monthly Expenses:
  A. Living Expenses
     Rent/Mortgage                                                       $ **280.00**
     Total Utilities: Gas, Electricity, Water, etc.      **90.00**
     Food                                                                     **50.00**
     Clothing                                                                **0**
     Health Care/Medical                                               **0**
     Insurance                                                              **0**
     Car Payment(s)/Transportation Expenses          **0**
     Loan Payment(s)                                                    **0**

*OPTIONAL

Form C-10  Page 2 of 2   Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
 Credit Card Payment(s)  —0—
 Educational/Employment Expenses  —0—
 Other Expenses (be specific) _____  —0—

Sub-Total   A $ —0—

B. Child Support Payment(s)/Alimony   $ —0—

Sub-Total   B $ —0—

C. Exceptional Expenses   $ —0—

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ —0—

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME   $ _____

4. LIQUID ASSETS:
 Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ 45.00
 Equity in Real Estate (value of property less what you owe)   —0—
 Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   —0—
 Other (be specific)
 Do you own anything else of value? ☐ Yes ☐ No
 (land, house, boat, TV, stereo, jewelry)
 If so, describe _____   —0—

TOTAL LIQUID ASSETS   $ —0—

**FILED**
JUN 23 2005
Judy Byrd
JUDY BYRD, CLERK
HOUSTON CO., AL

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

21st day of June, 05.

*Willie C. Duncan*
Judge/Clerk/Notary   Comm. Exp. 7/25/06

*Patricia A. Malone*
Affiant's Signature

Patricia A. Malone
Print or Type Name

## ORDER OF COURT

SECTION II.
 IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
 ☐ Affiant is not indigent and request is DENIED.
 ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
 ☐ Affiant is indigent and request is GRANTED.
 ☑ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____

Filed July 19, 2005
Judy Byrd, Clerk
 pjp

Judge _____