## IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| PATRICIA A. MALONE, | * |
| Plaintiff, | * |
| v. | *   CASE NO.: CV-05-350-L |
| UNIFIRST INC., et al. | *   1:05cv967 |
| | * |
| Defendants. | |

### MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT

Comes now Defendant Unifirst Corporation ("Unifirst"), and pursuant to Rule 12 of the *Alabama Rules of Civil Procedure*, moves the Court as follows:

1. To dismiss the Complaint and each and every cause of action stated therein as it fails to state a claim upon which relief can be granted; a copy of the Plaintiffs' Complaint is attached as Exhibit "A."

2. To require a more definite statement by the Plaintiff setting forth a detailed specification and factual description of each act or omission alleged by the Plaintiff to render this Defendant liable to the Plaintiff. Specifically, the Defendant states as follows:

   a. The Plaintiff's Complaint states that she "sustained a medical injury on the job or as a result of being on the job." (*See* Exhibit "A"). Plaintiff does not provide a full description, or even a partial description, of where or how the alleged injury occurred. Further, Plaintiff makes no attempt to describe the nature and extent of the alleged injuries or

       whether she is seeking redress for the alleged injuries.

b.    The Plaintiff's Complaint states that she has "not received the proper considerations for me [*sic*] circumstances within the guidelines of the company's regulations, the State of Alabama Laws as well as the U.S. Constitution . . . ." The Plaintiff does not identify the regulations, laws, or constitutional provisions that allegedly render the Defendant liable to the Plaintiff.

c.    The Plaintiff's Complaint states that she "seeks to be redressed and or compensated . . . for the violations I've pointed out . . . ." The Plaintiff does not specify which violations allegedly render the Defendant liable to the Plaintiff.

d.    The Plaintiff's Complaint is so vague and ambiguous that the Defendant cannot reasonably be required to frame a responsive answer or to determine exactly what kind of claim or claims the Plaintiff is attempting to bring against the Defendant. In order to properly and adequately respond to the Plaintiff's Complaint, this Defendant requires the aforementioned information in order to determine exactly what claims are alleged by the Plaintiff and to determine what duties, if any, Defendant had under the relevant statutes and decisional law and to determine any appropriate affirmative defenses.

WHEREFORE, based on the premises, Defendant Unifirst respectfully requests the Court to dismiss Plaintiff's Complaint or, in the alternative, require Plaintiff to amend her Complaint to plead more specifically each alleged act and omission by the Defendant and relief requested by the Plaintiff, and such other, further or additional relief as the Court may deem appropriate.

Respectfully Submitted,

Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601
(251)405-1300 - Telephone
(251)432-6843 - Facsimile

_____
SAM DAVID KNIGHT (KNI023)
Attorneys for Defendant,
Unifirst Corporation

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the _24_ day of August, 2005, served a copy of the foregoing by United States mail, properly addressed and postage pre-paid upon the following:

Patricia A. Malone
Post Office Box 6753
Dothan, Alabama 36302

_____

3