CIRCUIT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

FILED
JUN 10 2005

JUDY BYRD, CLERK
HOUSTON CO., AL

PATRICIA A. MALONE,  )
    Plaintiff,  )
  )
  )
V.  )   Case No: CV 05-350-L
  )
UNIFIRST INC.  )
  ET, AL  )
    Defendant,  )

## COMPLAINT

COMES NOW the plaintiff in the above styled case and ask this Honorable Court to hear my complaint and or allegations in the above matters. I had worked for Unifirst Corporation in Dothan Alabama for about (9) nine years in the quality assurance section as a presser of pants, shirts, and any garments assigned to me. I have sustained a medical injury on the job or as a result of being on the job. I have been treated for the same injury and I had to finally have an operation as a result of the injury. This operation caused me to be without income to support my household, however the company and the insurance paid for the operation. This happened on or about October 3, 1998, I was soon able to go back to work and to perform somewhat light duty until the injury was aggravated to the point that I started having problems again, in addition to the old injury my left arm, left wrist, and shoulder started paining me with some of the same symptoms. Then that left me with both sides of my body in the same condition. I kept going to the doctor and on or about June 1, 2004 Dr. James Owens told me to stop working because the use of my arms aggravated my condition. I then started going to therapy with the hope that my condition would get better, workers compensation paid for everything. It appeared to me that my employer was getting aggravated with the time I was taking off for medical treatment, I then started having problems from my supervisor and the CEO of the Dothan Unifirst Plant where I worked. I have not received

the proper considerations for me circumstances within the guidelines of the company's regulations, the State of Alabama Laws as well as the U.S. Constitution with respect to "protecting or guaranteeing me Equal protection under the Law". As of two months ago it was brought to my attention that: another employee was injured and allowed to work to take care of a family without any second thoughts. I seek to be redressed and or compensated as the law allows and I ask this Honorable Court to award me a reasonable compensation for the violations I've pointed out to the maximum amount that the law will allow and any other compensation the Court deems necessary. In addition I would like this court to ensure that I have been treated as the law requires EMPLOYERS to treat employees in the State of Alabama.

In closing, I ask this Honorable Court to consider my request and apply the Law as necessary and required within the level of authority in the State of Alabama.

*Patricia Ann Malone*
Patricia Ann Malone
P.O. Box 6753
Dothan, Alabama 36302
334-794-6377

## Certificate Of Service

I, Patricia A. Malone being the age of over 21 do hereby certify that on or about 6/8/05, I did mail a copy of this document to the Defendent to the following address by mailing the same document at the Dothan U.S. Postal Office To: Unifirst Corporation, 68 Jonspin Road, Wilimington, MA 01887, certified return receipt and all Postal fees were paid by me.

*Patricia A. Malone*
Patricia A. Malone
P.O. Box 6753
Dothan, Alabama 36302

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

PATRICIA A. MALONE,            )
    Plaintiff,              )
v.                             )      CASE NO.: CV-05-350-L
UNIFIRST INC., et al.          )

## MOTION TO PROCEED

## MOTION TO AMEND ORIGINAL COMPLAINT

COMES now Plaintiff in response to defendant's motion to dismiss dismiss and more definite statement. Your Honor I am seeking an audience with you to give you the facts of the above styled case, and I respectfully request that I be allowed to proceed as you have approved. I feel that this is not an ordinary case and that the possibility of more civil and constitutional rights have been violated than I am aware of.

1. In response to 2a. of the defendant's motion for more definite statement is as follows: On or about Nov. 1998 I was working at the Unifirst Company, Inc. Dothan, Alabama upstairs on the SORTING MACHINE and my right hand and wrist started to painfully hurting. I called Mr. Randall Johnson to inform him that I was having problems and needed to be relieved so I could have my wrist and hand checked. (SEE EXHIBIT A)

2. The Plaintiff had been employeed with the defendant about NINE (9) years at the time of the injury, the company acted as if I had just started with no regards to my tenure or the dedication. I did not want any special consideration, but the the same considerations my counterparts had received or was receiving. One employee sustained an injury and had to wear a headbrace with the halo and the metal rods into his skull, he was put on short term disability and when the short term disability ran out ; he was allowe to come back to work and the reason being" HE HAD A FAMILY TO SUPPORT" and I was told when I got hurt and had the operation that " WE HAVE NO LIGHT DUTY AT THIS PLANT"said (Phil Blackwell) & Nathan McCant, CEO more than once. I feel very stronge that my 14th Amendment was violated because I was never given equal protection as my counterparts received under the law. Unifirst should have ensured that this didn't happen by having some type of check and balance. I feel that management knew about the man with the neck or head injury and allowed him to work doing the light duty that the Supervisor and the CEO told me that did not prevail at the Dothan Plant. The CEO also questioned my action of exercising my FIRST AMENDMENT RIGHT of seeking an individual and agency outside of the Unifirst, Co to help me, by me seeking outside help it caused acts of reprisals by the CEO and Supervisor at the Dothan Plant as well as the lack of official assistance as my counterparts received.

WHEREFORE, based on the afforementioned data I respectfully request that this Honorably Court proceed and hear my facts as presented against the Defendant and so order a just and necessary decision based on the factual data presented to the court. I still seek to be redressed as the Court deem necessary while ensuring that the STATE OF ALABAMA LAWS have been adhered to. See Exhibits A,B,C for evidence.

x *Patricia A. Malone*
PATRICIA A. MALONE, Pro Se
P.O. BOX 6753
DOTHAN, AL 36302
(334-794-6377)

## CERTIFICATE OF SERVICE

I Patricia A. Malone being over the age of 21 do hereby certify that on or about 9/10/05, I did mail a copy of this document to the defendant to the following address by mailing the same at the Dothan U.S. Postal Services.

x *Patricia A. Malone*

Armbrecht Jackson LLP
Sam David Knight, Attorney for Defendant
Post Office Box 290
Mobile, Alabama 36601

# Southeast INDUSTRIAL HEALTH Network

SOUTHEAST ALABAMA MEDICAL CENTER
P.O. BOX 6987 DOTHAN, AL 36302-6987 (334) 793-8194

## WORK STATUS REPORT

Patient Name: Pat Malone
Employer: Unifirst
Date of Injury: cummulative
Diagnosis: Strain Right Wrist

Date: 11-3-98
Time In: 8:25
Time Out: 10:05
Re-exam: 11-13-98 0800

Type of Treatment: ☒ Examination ☐ X-Ray ☐ Lab ☒ Splint ☐ Prescription ☐ Suture ☐ Eye-Patch ☐ Medication ☐ Bandage

☒ Initial Treatment
☐ Follow Up
☐ Not Work Related

Disposition:
☒ Able to work - no restrictions
☐ Unable to work
☐ Able to work - with following restrictions:
 ☐ Must keep dressing clean and dry
 ☐ Limited use of _____ hand/arm
 ☐ Limited use of _____ foot/leg
 ☐ No exposure to solvents or chemicals
 ☐ Other: _____
 ☐ No lifting
 ☐ May lift up to _____ lbs.
 ☐ No prolonged standing or walking
 ☐ No prolonged climbing, bending or stooping
☐ No work near hazardous or moving machinery
☐ No work requiring use of both eyes (driving, climbing, etc.)
☐ No use of _____
☒ Wear brace/splint ☐ At bedtime ☐ At work
 ☐ At all times

☐ RX Medications: Continue Lodine as prescribed by Dr. DeHaven
☐ May cause drowsiness. Do not drink alcohol, drive an automobile, or operate machinery while taking this medication.
☐ Estimated Recovery Date and Return to Full Duty: _____

Physician's Comments: Exercises as directed, ice, warm compresses

☐ Referral To: _____     Date/Time: _____

## DISCHARGE INSTRUCTIONS

The examination and/or treatment which you have received at the Industrial Health Network is not intended as complete medical care. For your protection follow the general instructions given below, as well as specific instructions given by your attending physician.

**( ) Head Injury**
- Return to Industrial Health Network, or if after hours, to the emergency room if any of the following occur.
* Persistent, repeated vomiting (once or twice is not uncommon)
* Inability to walk straight
* Difficulty in waking up
* Disturbances of vision or speech
* Severe, continued headache or dizziness
* Neck stiffness
* Bleeding or clear fluid dripping from the nose or ears
* Convulsion or seizures

**( ) Burns**
- Avoid breaking blisters if possible
- Keep dressings clean and dry
- Change dressings as instructed:
_____

**( ) Other**
_____

**( ) General Instructions**
(✓) If X-Rays were taken during treatment they have been interpreted by a physician on duty in the Industrial Health Network. The final interpretation will be made by a radiologist.
(✓) If unable to return for your next scheduled work shift, notify your company for further treatment guidelines.
(✓) Have your prescription filled and follow the instructions on the label.
( ) Other instructions: _____

**( ) Wound Care**
- Keep dressing clean and dry
- Change dressing as instructed:
_____
- Return to Industrial Health Network or, if after hours, to the emergency room, immediately if the wound becomes hot, red, swollen, tender, extremely painful or develops pus

**( ) Sprain-Fracture-Severe Bruise**
- Elevate injured part above the heart for 24-48 hours
- Use ice packs for first 24-48 hours for 15-20 minutes every 1-2 hours
- May use heat on injured part 15 minutes every 4 hours after the first 48 hours
- Rewrap elastic bandage if too tight or too loose
- Use crutches as directed
- Return to the Industrial Health Network, or if after hours, to the emergency room immediately if increased pain, paleness, tingling, blueness or cool feeling develops in the injured part

**( ) Eye Injury**
- Keep eye patch on for _____ hours or until seen by physician
- Avoid driving or operating machinery while wearing patch
- Return if pain worsens or patch comes off

I hereby acknowledge receipt of the instructions indicated above. I understand that I have received outpatient treatment only, and that I may be released before all of my medical problems are known or treated. I will arrange follow-up care as instructed above.

Patient or Representative Signature    Date: 11-3-98    Witness Signature

Signed: _____, M.D./PA
Provider's Signature

White Copy - Employer
Yellow Copy - Southeast Industrial Health Network
Pink Copy - Employee

*** PLEASE RETURN THIS FORM TO YOUR EMPLOYER ***

#1166 GB: Work Status Report Rev. 4/96

Chart No. 11361BW                Patricia Malone                November 3, 1998
Unifirst                         DOI: Cumulative

S: The patient presents to clinic for initial evaluation of right hand and wrist pain. She states her pain has been going on since June of this year. She states that she has to handle clothing and place it on a sorter. She has to do a lot of repetitive gripping. She had no prior problems. She has most recently been seen in the clinic for low back pain but has been under the care of Dr. DeHaven since her referral. She has never been treated for this problem before by us or any other provider. She is right hand dominant. She denies any history of diabetes, thyroid disease, or current pregnancy. She is not a smoker. She is currently taking Lodine prescribed by Dr. DeHaven. She has been doing her regular duty. She has mostly pain but occasional numbness and tingling.

O: Vital signs stable/afebrile. Examination of the right arm and wrist show full active range of motion at all joints. The hand itself is nontender. She has full active range of motion of all digits. Neurovascular exam is intact. Grip strength is weak but otherwise normal and is related to effort by the patient. No muscle atrophy. Phalen's, Tinel's, and Finkelstein's are negative. No swelling or increased warmth.

A: Strain right wrist.

P: The patient will continue with regular duty and taking Lodine as prescribed by Dr. DeHaven. She is instructed to use ice, heat, and do exercises and is provided with a flexible sponge type ball to do gripping exercises with the right hand. She will be provided with a Neoprene support and scheduled to follow-up in ten days.

SD/jl

AFFADAVIT

I __Annie Newton__ being of sound mind and over the age of 21 and a resident of the State Of Alabama do hereby volunteer the following information as being true and correct to the best of my knowledge. I have personal and first hand knowledge of the company in question(UNIFIRST,Inc. Dothan Plant) and I have not been promised any compensation or reward for this AFFADAVIT and I freely give the following information. I have observed a man name TOMMY THORN working at the Unifirst Plant in Dothan when he had a head injury and wearing a halo. The type of headbrace with metal coming out of his head attached to the metal brace.

I am a former employee of this company and the above data is from what I saw.

X *Annie Newton*

Mrs. Annie Newton
703 Catalpa St.
Dothan, Al 36301


*Willie Charles Duncan*
Willie Charles Duncan
NOTARY PUBLIC
My Commission Expires 7/25/06

## AFFADAVIT

I  Mrs. Tina Young  being of sound mind and a resident of Alabama and over the age of 21 do hereby make the following statements without any promises of financial gain or any other compensation. I am a former employee of UNIFIRST Inc. plant in Dothan, Alabama. I have observed Mr. Tommy Thorn working with a necc and head brace at the Unifirst plant in Dothan, Alabama

x _Tina Young_ 
Ms. Tina Young

_Willie C. Duncan_  NOTARY
Willie C. Duncan,
My Commission Expires 7/25/06