IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| PATRICIA A. MALONE | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) ~~No. CV-05-350-L~~ |
| | ) |
| UNIFIRST INC., et al. | ) 1:05cv967 |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Patricia A. Malone
P.O. Box 6753
Dotan, AL 36302

Defendant, UniFirst, Inc., hereby gives notice that the above-styled action has been removed to the United States District Court for the Middle District of Alabama, Southern Division, by filing a Notice of Removal in this action. A true and correct copy of the Notice of Removal, without attachments, is attached hereto.

_____
Stuart D. Roberts (ASB-7406-O32S)
One of the Attorneys for Defendant UniFirst
Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000

1

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon the following by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage affixed thereto as follows:

Patricia A. Malone
P.O. Box 6753
Dotan, AL 36302

This 6th day of October, 2005.

                                          OF COUNSEL