IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION No._____ |
| ) | 1:05cv967 |
| UNIFIRST CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF REMOVAL

The undersigned attorney of record for defendant, UniFirst Corporation, here by certifies that on the 5th day of October, 2005 a Notice of Filing Notice of Removal was served on Plaintiff, that a true and correct copy of said written Notice is attached hereto, and that a copy of the Notice of Filing Notice of Removal was filed with the Clerk of Court for Houston County, Alabama.

DATED this 5th day of October, 2005.

Respectfully submitted,

_____
Stuart D. Roberts

One of the Attorneys for Defendant
UniFirst Corporation

OF COUNSEL:

MAYNARD, COOPER, & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the **6**th day of October, 2005, served a copy of the above in the United States Mail, properly addressed and first class postage prepaid, to:

Patricia A. Malone
Post Office Box 6753
Dothan, Alabama 36320

_____
OF COUNSEL