IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV967-T |
| | ) | |
| UNIFIRST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

In the complaint filed in this action on June 10, 2005 and served on the defendant on August 2, 2005, plaintiff claimed that she did "not received the proper considerations for m[y] circumstances within the guidelines of the [defendant's] regulations, the State of Alabama Laws as well as the U.S. Constitution with respect to 'protecting or guaranteeing me Equal protection under the law'. As of two months ago it was brought to my attention that: another employee was injured and allowed to work to take care of a family without any second thoughts." (Complaint, pp. 1-2). Defendant did not remove this action until October 7, 2005. It contends that the case was not removable until it became apparent from plaintiff's September 13, 2005 "motion to proceed" that plaintiff asserts an equal protection claim under the Fourteenth Amendment to the United States Constitution. (<u>See</u> Notice of Removal). However, based on the language of the complaint, it appears to the court that this action was not timely removed. Accordingly, it is

ORDERED that defendant is DIRECTED to show cause, on or before October 21, 2005, why this action should not be remanded to the Circuit Court of Houston County for defendant's failure to remove the action in a timely manner. If plaintiff wishes to waive the issue of the timeliness of the removal and prosecute the case in this court rather than the state court, she should notify the court in writing on or before October 21, 2005.

DONE, this 13th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE