RECEIVED
2005 OCT 20 A 10:0

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICIA MALONE,           )
                           )
    Plaintiff,             )
                           )
v.                         )     CIVIL ACTION NO. 1:05CV967-T
                           )
UNIFIRST, INC.,            )
                           )
                           )
    Defendants.            )

## MOTION TO PROCEED

COMES Now the plaintiff in the above styled case and request this Honorable Court to order thst that the case as styled above proceed without any waivers on the plaintiffs say, I wish to get this matter on the next available docket with the previous and future financial concerns involved in this case.

*Patricia Ann Malone*
PATRICIA ANN MALONE
P.O.Box 6753
Dothan, Alabama 36302
334-794-6377


## Certificate Of Service

I, Patricia Ann Malone being over over the age of 21 do hereby certify that on or about October 19,2005 I mailed a copy of this document to the defendant's Attorney Of Record, MAYNARD,COOPER & GALE,P.C. 1901 Sixth Avenue North/2400 AmSouth/Harbert Plaza Birmingham, Alabama 35203-2602 VIA the United State Postal Svcs.

*Patricia Ann Malone*
Patricia Ann Malone

P.O. Box 6753

Dothan, Alabama 36302

334-678-9682

SWORN and subscribed before me this day 19 Oct 05 by Mrs. Patricia Ann Malone.

*Willie C. Duncan* NOTARY PUBLIC
Willie C. Duncan

My commission expires 07/25/06