IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA MALONE , | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) 1:05cv967-T |
| UNIFIRST , INC., | ) ) |
| Defendants. | ) |

RECEIVED 2005 NOV -2 P 1:42
DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## ANSWER

In compliance with the order of the court to the parties to file any objections to the said recommendations on or about November 2, 2005, the following is submitted. Accordingly, the recommendation of the magistrate judge appears to be reasonable and prudent after my careful consideration of the same. I feel that the defendant had sufficient time to research and or inquire with the plaintiff prior to the request of sufficient and additional date to draw any of inferences as the attorney of the plaintiff or a new attorney for the defendants. It is / should not be my obligation to the attorney to brief him INITIALLY of the facts, etc. of the case.

We have been trying to concillate this matter for more than a year to no avail. I ask this Honorable Court to so order the recommendation as stated and recommended 25Oct 2005. I have no official objections, only concurrences of the recommendatio of the Magistrate Judge in the matter of Patricia Malone v. Unifirst

INC. Civil Action No: 1:05CV967-T. What ever the court order I will comply, Thank you.

*Patricia Malone*
PATRICIA MALONE, PRO SE
P.O. Box 6753
Dothan, Alabama 36302
(334) 678-9682

Certificate of Service

I hereby certify that I have this date served a copy of the foregoing upon the following by depositing in the United State Mail a copy of the smae in a properly addressed envelope with adequate postage affixed thereto as follows:

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

!st November 2005

*Patricia Malone*
Patricia Malone
PRO SE , Plaintiff

Subscribed and Sworn before me this----- Day of November 2005

*Willie C. Duncan*
Willie C. Duncan, Notary

My Commission expires 7/25/06