IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv967-T |
| | ) | (WO) |
| UNIFIRST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the Recommendation of the Magistrate Judge filed herein on October 25, 2005 and the concurrence filed by plaintiff on November 2, 2005, and there being no objection from defendant, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this action is REMANDED to the Circuit Court of Houston County, Alabama.

Done this 4th day of November, 2005.

            /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE